UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**KIM LORN RICE,**

        Plaintiff,

v                                                                     Case No. 06-15312
                                            Hon. Bernard A. Friedman

**WELLS FARGO HOME MORTGAGE**
**a/k/a WELLS FARGO N.A.,**

        Defendant.

_____/

## MEMORANDUM OPINION AND ORDER

        This matter is before the Court on Magistrate Judge Virginia M. Morgan's Report and Recommendation denying plaintiff's motion for entry of default judgment.

        This Court has had an opportunity to fully review this matter and to consider the objections filed by plaintiff. The Court believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

        ACCORDINGLY:

        IT IS HEREBY ORDERED that Magistrate Judge Virginia M. Morgan's Report and Recommendation dated May 23, 2007 is hereby accepted and adopted.

  June 13, 2007                              s/Bernard A. Friedman
  Detroit, Michigan                          BERNARD A. FRIEDMAN
                                                CHIEF JUDGE

**I hereby certify that a copy of the foregoing document**
**was served this date upon counsel of record**
**electronically and/or via first-class mail.**

      **/s/ Patricia Foster Hommel**
          **Patricia Foster Hommel**
     **Secretary to Chief Judge Friedman**